

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION

21 MC 102 (AKH)

**STIPULATION AND ORDER OF**
**DISMISSAL**
This order relates to:

07 CV 1551 (AKH)
07 CV 1552 (AKH)
07 CV 4446 (AKH)
07 CV 01556 (AKH)
06 CV 2220 (AKH)
07 CV 1456 (AKH)
06 CV 1340 (AKH)
05 CV 8685 (AKH)
07 CV 1458 (AKH)
07 CV 1459 (AKH)
07 CV 13787 (AKH)
07 CV 1462 (AKH)
07 CV 1463 (AKH)
07 CV 1561 (AKH)
07 CV 1562 (AKH)
07 CV 4450 (AKH)
07 CV 060 (AKH)
07 CV 1465 (AKH)
07 CV 05275 (AKH)
07 CV 1468 (AKH)
06 CV 14483 (AKH)
06 CV 13790 (AKH)
06 CV 14484 (AKH)
06 CV 14486 (AKH)
07 CV 1569 (AKH)
07 CV 05277 (AKH)
06 CV 7913 (AKH)
06 CV 13799 (AKH)
07 CV 1470 (AKH)
07 CV 1471 (AKH)
07 CV 520 (AKH)
07 CV 5551 (AKH)
07 CV 1474 (AKH)
07 CV 1475 (AKH)
06 CV 1650 (AKH)
07 CV 4458 (AKH)

1

07 CV 1476 (AKH)
07 CV 1477 (AKH)
07 CV 1478 (AKH)
05 CV 1272 (AKH)
06 CV 8348 (AKH)
06 CV 0459 (AKH)
07 CV 05340 (AKH)
05 CV 1718 (AKH)
07 CV 05342 (AKH)
07 CV 1583 (AKH)
07 CV 1589 (AKH)
06 CV 5631 (AKH)
07 CV 1483 (AKH)
07 CV 1484 (AKH)
06 CV 14564 (AKH)
07 CV 1595 (AKH)
07 CV 1487 (AKH)
07 CV 1596 (AKH)
07 CV 05344 (AKH)
07 CV 4462 (AKH)
07 CV 5346 (AKH)
07 CV 4463 (AKH)
07 CV 1490 (AKH)
06 CV 12731 (AKH)
07 CV 065 (AKH)
07 CV 05349 (AKH)
07 CV 1602 (AKH)
06 CV 13880 (AKH)
07 CV 1492 (AKH)
07 CV 1493 (AKH)
07 CV 4465 (AKH)
05 CV 10737 (AKH)
07 CV 1494 (AKH)
06 CV 14636 (AKH)
07 CV 1611 (AKH)
07 CV 1496 (AKH)
07 CV 9820 (AKH)
06 CV 14670 (AKH)
07 CV 1615 (AKH)
07 CV 1498 (AKH)
07 CV 1499 (AKH)
07 CV 05291 (AKH)
07 CV 1501 (AKH)
07 CV 1502 (AKH)
06 CV 14671 (AKH)
07 CV 4468 (AKH)

07 CV 1503 (AKH)
07 CV 1504 (AKH)
07 CV 1505 (AKH)
06 CV 14694 (AKH)
06 CV 2884 (AKH)
07 CV 1506 (AKH)
05 CV 1379 (AKH)
07 CV 1507 (AKH)
06 CV 14719 (AKH)
05 CV 1471 (AKH)
07 CV 4473 (AKH)
07 CV 05361 (AKH)
06 CV 10781 (AKH)
07 CV 1626 (AKH)
07 CV 1629 (AKH)
07 CV 4474 (AKH)
07 CV 4475 (AKH)
07 CV 4476 (AKH)
07 CV 4477 (AKH)
06 CV 14746 (AKH)
06 CV 14747 (AKH)
07 CV 064 (AKH)
07 CV 1508 (AKH)
07 CV 05298 (AKH)
07 CV 1509 (AKH)
07 CV 1638 (AKH)
06 CV 10377 (AKH)
07 CV 1644 (AKH)
07 CV 1645 (AKH)
06 CV 7911 (AKH)
06 CV 10045 (AKH)
07 CV 4481 (AKH)
07 CV 1647 (AKH)
06 CV 14793 (AKH)
07 CV 1648 (AKH)
07 CV 1650 (AKH)
07 CV 1651 (AKH)
06 CV 12219 (AKH)
07 CV 1653 (AKH)
07 CV 4483 (AKH)
06 CV 14807 (AKH)
06 CV 7912 (AKH)
07 CV 05367 (AKH)
07 CV 4488 (AKH)
07 CV 4489 (AKH)
07 CV 1658 (AKH)

07 CV 1659 (AKH)
06 CV 14847 (AKH)
06 CV 14854 (AKH)
07 CV 4490 (AKH)
07 CV 4493 (AKH)
05 CV 1180 (AKH)
07 CV 1664 (AKH)
07 CV 4494 (AKH)
07 CV 1665 (AKH)
07 CV 05368 (AKH)
06 CV 6018 (AKH)
07 CV 05369 (AKH)
06 CV 14901 (AKH)
06 CV 13702 (AKH)
07 CV 066 (AKH)
07 CV 05372 (AKH)
07 CV 1673 (AKH)
05 CV 9161 (AKH)
07 CV 1674 (AKH)
07 CV 05398 (AKH)
05 CV 1765 (AKH)
07 CV 1675 (AKH)
07 CV 01676 (AKH)
07 CV 1677 (AKH)
05 CV 9041 (AKH)
07 CV 1680 (AKH)
07 CV 4504 (AKH)
07 CV 05308 (AKH)
07 CV 1511 (AKH)
07 CV 4507 (AKH)
05 CV 10741 (AKH)
07 CV 1512 (AKH)
06 CV 12802 (AKH)
06 CV 2527 (AKH)
05 CV 1349 (AKH)
06 CV 12415 (AKH)
05 CV 1418 (AKH)
07 CV 05378 (AKH)
06 CV 1341 (AKH)
07 CV 05379 (AKH)
07 CV 1515 (AKH)
07 CV 1689 (AKH)
07 CV 1516 (AKH)
07 CV 4510 (AKH)
07 CV 1517 (AKH)
07 CV 05051 (AKH)

07 CV 1518 (AKH)
07 CV 1520 (AKH)
06 CV 11257 (AKH)
07 CV 05312 (AKH)
07 CV 05313 (AKH)
07 CV 05314 (AKH)
07 CV 4511 (AKH)
06 CV 5786 (AKH)
07 CV 1522 (AKH)
07 CV 1525 (AKH)
05 CV 1675 (AKH)
07 CV 4515 (AKH)
06 CV 6521 (AKH)
07 CV 05384 (AKH)
07 CV 1527 (AKH)
07 CV 4513 (AKH)
06 CV 10237 (AKH)
07 CV 05319 (AKH)
07 CV 1530 (AKH)
07 CV 1703 (AKH)
07 CV 4516 (AKH)
07 CV 1532 (AKH)
07 CV 1705 (AKH)
07 CV 1533 (AKH)
05 CV 1260 (AKH)
06 CV 2664 (AKH)
07 CV 1534 (AKH)
07 CV 1535 (AKH)
05 CV 1198 (AKH)
07 CV 1709 (AKH)
05 CV 1783 (AKH)
07 CV 1711 (AKH)
06 CV 12826 (AKH)
07 CV 1538 (AKH)
07 CV 05320 (AKH)
07 CV 1714 (AKH)
07 CV 05389 (AKH)
06 CV 6233 (AKH)
07 CV 4519 (AKH)
07 CV 1541 (AKH)
06 CV 11534 (AKH)
06 CV 11141 (AKH)
07 CV 05325 (AKH)
06 CV 15116 (AKH)
06 CV 2286 (AKH)
07 CV 05390 (AKH)

07 CV 4523 (AKH)
06 CV 997 (AKH)
06 CV 12608 (AKH)
07 CV 4524 (AKH)
07 CV 1727 (AKH)
07 CV 4525 (AKH)
07 CV 1548 (AKH)
07 CV 05329 (AKH)
07 CV 1729 (AKH)
07 CV 1549 (AKH)
07 CV 1731 (AKH)
06 CV 12843 (AKH)

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for the parties to the above-entitled actions, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled actions be, and the same hereby are discontinued without prejudice as against defendant, VERIZON COMMUNICATIONS INC. only, without costs to either party as against the other.

**IT IS FURTHER STIPULATED AND AGREED**, that should evidence be discovered throughout the course of the litigation which determines that VERIZON COMMUNICATIONS INC. is a proper party to these suits, plaintiff may reinstitute these actions without regards to the applicable statute of limitations, assuming said original actions were timely commenced, and in such instance this defendant shall not assert the statute of limitations as a defense.

This stipulation may be filed without further notice with the Clerk of the Court.

6

Dated:  New York, New York
        October 11, 2007

KIRKLAND & ELLIS LLP                    WORBY GRONER EDELMAN
*Attorneys for Defendant,*              & NAPOLI BERN, LLP
*Verizon Communications Inc.*           *Attorneys for Plaintiff*


By: _Lee Ann Stevenson_ /MoR           By: _____
    LEE ANN STEVENSON                       CHRISTOPHER R. LOPALO

Citigroup Center                        115 Broadway, 12th Floor
153 East 53rd Street                    New York, New York 10006
New York, New York 10022                Tel:  (212) 587-0031
Tel:  (212) 446-4917


        SO ORDERED:   /0·15-07



        _____
        HON ALVIN K. HELLERSTEIN


7